IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK 17-41600 |
| | ) | |
| BRADLEY JOHN JURGENS, | ) | **CHAPTER 7 PROCEEDING** |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

## MOTION TO DISMISS

COMES NOW DEBTOR, Bradley John Jurgens, and moves the Court for an Order Dismissing his Chapter 7 Bankruptcy for reasons as follows:

1. Debtors filed a voluntary Chapter 7 petition on October 10, 2017.

2. The case was filed as an emergency filing prior to all due diligence being completed.

3. Subsequent to filing Debtor's counsel discovered that Debtor was not be eligible to file for Chapter 7.

4. Debtor lacks the resources to file under another chapter of the Bankruptcy Code.

WHEREFORE, Debtor, by his attorney respectfully requests that the Court enter an Order dismissing this bankruptcy case for cause pursuant to Section 707 of the Bankruptcy Code.

## NOTICE OF OBJECTION/RESISTANCE DEADLINE

To The Chapter 13 Bankruptcy Trustee and All Other Interested Parties:

Please take note that the Debtor has caused to be filed **Motion to Dismiss Case,** copies of which are attached hereto. Any resistance to the **Motion to Dismiss Case** should be filed on or before the **2nd day of November 2017**, with the Clerk of the United States Bankruptcy Court, 100 Centennial Mall North, Room 460, Lincoln, Nebraska 68508 and a copy served upon the undersigned.

In the event that no objections are filed, then the undersigned shall submit an Order thereon

1

to the United States Bankruptcy Judge without further notice to any parties.

In the event that a resistance to the **Motion to Dismiss Case** is filed and a hearing requested, then the Clerk of the Court will set a date and time for hearing.

Any resistance should comply with Neb. R. Bankr. P. 9013-1.

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October 2017, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following: Kathleen A. Laughlin, Chapter 13 Trustee, Patricia Fahey, U.S. Trustee, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: all Creditors on the Matrix as of the 13th day of October 2017.

DATED this 12th day of October 2017.              BRADLEY JOHN JURGENS, Debtor

                                              By:    /s/John D. Rouse_____
                                                      JOHN D. ROUSE, #15292
                                                      Attorney for Debtor
                                                      1023 Lincoln Mall, Suite 101
                                                      Lincoln, NE 68508
                                                      (402) 475-1933
                                                      fax: (402) 475-7989
                                                      e-mail: jrouselaw@ineabraska.com

| | | |
|---|---|---|
| **Best Buy Credit Services**<br>PO Box 78009<br>Phoenix, AZ  85062-8009 | **Bonnie Jurgens**<br>2332 NW 41st St<br>Lincoln, NE  68524-6039 | **Capital One Bank**<br>PO Box 60599<br>City of Industry, CA  91716-0599 |
| **Discover Card**<br>PO Box 6103<br>Carol Stream, IL  60197-6103 | **Ford Motor Credit Company**<br>PO Box 650575<br>Dallas, TX  75265-0575 | **Freedom Road Financial**<br>PO Box 4597<br>Oak Brook, IL  60522-4597 |
| **Internal Revenue Service**<br>P. O. Box 7346<br>Centralized Insolvency Operations<br>Philadelphia, PA  19101-7346 | **Lancaster County Attorney**<br>575 S 10th St<br>Lincoln, NE  68508-2810 | **Lancaster County Treasurer**<br>555 S 10th St Rm 103<br>Lincoln, NE  68508-2803 |
| **Principal Financial Group**<br>6600 NW 27th St<br>Lincoln, NE  68524-8904 | **Union Bank & Trust Co.**<br>P. O. Box 82535<br>Lincoln, NE  68501-2535 | |